## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-187** |
| v. | * | SECTION: "D" |
| **DEMARQUIEZ D. HARRIS** | * | |

\* \* \*

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE DUTY MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through André Jones, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court: That **DEMARQUIEZ D. HARRIS** (B/M, DOB: 1995), is now confined in the Ouachita Parish Correctional Center in Monroe, Louisiana, and is in the custody of the Warden of said institution, being in custody under the authority of the Ouachita Parish Sheriff's Office, in accordance with the laws thereof.

This petition avers that the said **DEMARQUIEZ D. HARRIS** was charged via grand jury indictment in the United States District Court for the Eastern District of Louisiana with violating the Federal Controlled Substances Act and that it is necessary for the said **DEMARQUIEZ D. HARRIS** to appear for an initial appearance pursuant to an indictment in the United States District Court for the Eastern District of Louisiana, on or before the **14th day of December, 2020, at 2:00 p.m.**, before the Duty Magistrate, after which **DEMARQUIEZ D. HARRIS** is to remain in the custody of the United States Marshal until resolution of all federal charges pending against him.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of the Ouachita Parish Correctional Center in Monroe, Louisiana, or one of his authorized deputies, ordering and directing said Warden of said institution, or one of his authorized deputies, to surrender the body of the said **DEMARQUIEZ D. HARRIS** to the Special Agents of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, or the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal, on or before the **14th day of December, 2020, at 2:00 p.m.**, before the Duty Magistrate Judge, to appear for an initial appearance pursuant to an indictment after which **DEMARQUIEZ D. HARRIS** is to remain in the custody of the United States Marshal until resolution of federal charges pending against him.

    Respectfully submitted,

    PETER G. STRASSER
    UNITED STATES ATTORNEY

    /s/ André Jones
    ANDRÉ JONES
    Assistant United States Attorney
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana  70130
    Telephone:  (504) 680-3075

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel of record.

    /s/ André Jones
    ANDRÉ JONES
    Assistant United States Attorney